

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00155-CR

JORCOREY D. MCGEE,

Appellant

v.

THE STATE OF TEXAS,

Appellee

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 23-02244-CRM-361

## MEMORANDUM OPINION

Appellant JorCorey McGee, acting *pro se*, appeals from the trial court's judgment nisi pertaining to the forfeiture of his bail bond.

Article 44.42 of the Code of Criminal Procedure provides: "An appeal may be taken by the defendant from every *final judgment* rendered upon a personal bond, bail bond or bond taken for the prevention or suppression of offenses, where such judgment is for twenty dollars or more, exclusive of costs, but not otherwise." TEX. CODE CRIM. PROC. ANN. art. 44.42 (emphasis added). A judgment nisi is a judicial declaration of

forfeiture; it is an interlocutory judgment, not a final judgment.  *Hokr v. State*, 545 S.W.2d 463, 465 (Tex. Crim. App. 1977).

In a letter dated June 6, 2024, the Clerk of the Court notified McGee that this appeal was subject to being dismissed for lack of jurisdiction because it did not appear to be an appeal from a final judgment.  The Clerk of the Court further notified McGee that unless he showed grounds for continuing this appeal within fourteen days of the date of the letter, the appeal would be dismissed for lack of jurisdiction.  McGee has not filed a response showing grounds for continuing this appeal.

For these reasons, this appeal is dismissed for lack of jurisdiction.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed July 11, 2024
Do not publish
[CR25]

